373 A.2d 1119

Commonwealth v. Burkett, Appellant.

Submitted March 1, 1976. William F. Kaminski, Assistant Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for completion of the record by addition of transcript of notes of testimony at trial (February 25, 26, 27, 1974).